1   AL SMITHSON, Esq.
    830 23rd Street
2   San Diego, California 92102

3   (619) 234-8729
    Attorney State Bar No. 51611

4
    Attorney for the Material Witness:
5   MARIA GUADALUPE BELTRAN-LOPEZ

6

7

8                   UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
9                     (HON. JAN M. ADLER)

10  UNITED STATES OF AMERICA,      ) CRIMINAL CASE No.06CR2582-JM
                                   ) MAGISTRATE CASE: 06MJ2132-JMA
11          Plaintiff,             )      (HON. JAN M. ADLER)
                                   )
12                                 )            ORDER
    v.                             )      to Exonerate The
13                                 )      Appearance Bond for The
    ALONZO GALLEGOS-MUNOZ,         )      Material Witness and
14                                 )      Disburse Funds on Deposit
              Defendant.           )
15  _____)

16

17                              ORDER

18       GOOD CAUSE APPEARING, IT IS ORDERED that the personal surety

19  bond for $5,000.00 which secured the presence of material witness

20  MARIA GUADALUPE BELTRAN-LOPEZ be exonerated and that $500.00 on

21  deposit with the  Registry of the Court be disbursed to the

22  following surety:

23                      Oscar A. Benitez
                        5623 So. Derby Ct., #103
24                      Alexandria, VA 22311
                        SSN: xxx-xx-7131

25

26  DATED:  January 3, 2007

27                          _____
                            Jan M. Adler
28                          U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28